IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DAVID JOE THOMAS, #37145                                                           PLAINTIFF

VERSUS                                                CIVIL ACTION NO.  3:06cv361WHB-JCS

MICHELLE JORDAN AND WENDY POWER                                         DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice and will count as a strike as provided for by 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 28th day of November, 2006.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE